# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BRYAN E. PEREZ**  **PETITIONER**
Reg. #14919-031

### CASE NO.: 2:08CV00106 WRW/BD

**T.C. OUTLAW,**  **RESPONDENTS**
Warden, FCI- Forrest City, et al.

## ORDER

Pending is Petitioner's Motion to Stay his petition for writ of habeas corpus under 28 U.S.C. § 2241 (docket entry #5). Petitioner claims *Gatewood v. T.C. Outlaw*, CA 08-2197 (8th Cir. filed May 29, 2008), now pending before the Court of Appeals for the Eighth Circuit, will determine the outcome of his case. Petitioner requests a stay of his petition pending a decision in *Gatewood*. The Respondent has not objected to the motion to stay. Because the claim in this petition is similar to the claim in *Gatewood*, Petitioner's Motion to Stay is GRANTED. The Clerk of the Court is directed to administratively terminate the case. The parties are directed to file a motion to reopen the case within forty-five days of a mandate being issued by the Eighth Circuit in *Gatewood*. If a motion to reopen the case is not filed by either party within forty-five days of the mandate, the Court will dismiss the petition with prejudice.

IT IS SO ORDERED this 1st day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE