### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**BRYAN E. PEREZ**                                                                                       **PETITIONER**

**V.**                                   **2:08CV00106-WRW/BD**

**T.C. OUTLAW, WARDEN,**
**FCC Forrest City, Arkansas**                                                        **RESPONDENT**

### ORDER

Petitioner's Motion to Reopen Case, Lift Stay, and Withdraw Habeas Petition (Doc. No. 8) is GRANTED. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of April, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE